UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
LEMIEUX, LAWRENCE CHRISTOPHER      Case No. 09-62855 SWR
LEMIEUX, BARBARA ANN      Chapter 7
    HON. Steven W. Rhodes
aka SOLWOLD, BARBARA ANN
                   Debtor.                              /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      The attached check represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the party entitled to these unclaimed dividends is as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA. 19044 | #9 | **$180.95** |

Dated: August 15, 2011           /S/ David W. Allard
                                             Chapter 7 Trustee
                                             2600 BUHL BUILDING
                                             535 GRISWOLD
                                             DETROIT, MI 48226
                                             (313) 961-6141
                                             Email: trusteeallard@allardfishpc.com
                                             P23288